No. 96. DART EXPORT CORP. ET AL. *v.* UNITED STATES. United States Court of Customs and Patent Appeals. Certiorari denied. *Henry P. Dart, III* for petitioners. *Simon E. Soboloff,* then Solicitor General, *Assistant At-*

*torney General Doub, John R. Benney* and *Melvin Richter* for the United States.